UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WHITE,

    Plaintiff,

v.                                 Case No. 8:16-cv-385-T-33AEP

SWAMPY'S BAR & GRILLE
DUNNELLON LLC, and CARLOS
SANCHEZ, individually,

    Defendants.
_____/

**ORDER**

    This matter comes before the Court sua sponte. Plaintiff James White filed his Complaint on February 18, 2016, in the Middle District of Florida, Tampa Division. (Doc. # 1). Upon review of the Complaint, the Court entered an Order to show cause why this case should not be transferred to the Middle District of Florida, Ocala Division. (Doc. # 6). White has filed a response recognizing that the proper venue for this case is the Middle District of Florida, Ocala Division. (Doc. # 8 at ¶ 3). White's response also requests the Court transfer this case to the Middle District of Florida, Ocala Division. (Id. at ¶ 4). Therefore, pursuant to 28 U.S.C. § 1406(a) and Middle District of Florida Local Rule 1.02, this case is

transferred to the Middle District of Florida, Ocala Division.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Clerk is directed to transfer this case to the Middle District of Florida, Ocala Division.

(2) The Clerk is directed to randomly assign a District and Magistrate Judge, and to randomly assign a new case number. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 23rd day of February, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE